**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 473 MAL 2016

              Respondent   :

                       :   Petition for Allowance of Appeal from
                       :   the Order of the Superior Court

         v.                :

JOHN RICHARD VAZQUEZ,      :

              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.